IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PRESIDENT R19 BODDIE,        :
        :
        Plaintiff,        :
        :
v.        :
        :
JOSEPH R. BIDEN,        :    Case No: 1:20-cv-4503-AT
        :
        Defendant.        :
        :
        :
        :
        :

## **ORDER**

This matter is before the Court on Plaintiff's Complaint for Emergency Injunctive Relief. [Doc. 1.] This was Plaintiff's second filing in as many days, and this one is very similar to the first. (*See Boddie v. Georgia*, Case No. 1:20-cv-4492-AT.) As it was in that case, Plaintiff's Complaint here is a wild screed striving to allege that Vice President Joseph Biden's 2020 campaign for President was somehow "illegal" because Vice President Biden allegedly received monetary gifts from foreign states and committed treason. (*See, generally*, Doc. 1.) At its core, the Complaint is a short series of bare allegations against the Vice President, followed by a demand that this Court somehow invalidate all the votes cast for Vice President Biden (in the entire country), and "order[] the FEC to disqualify

the defendant[']s 2020 Presidential campaign on the grounds that the said campaign is illegal." (Doc. 1 at 3.)

The grant of "a preliminary injunction in advance of trial is an extraordinary remedy." *Bloedorn v. Grube*, 631 F.3d 1218, 1229 (11th Cir. 2011). To warrant such extraordinary remedy, the moving party must show that:

> (1) [it has] a substantial likelihood of success on the merits;
> (2) irreparable injury will be suffered unless the injunction issues;
> (3) the threatened injury to the movant outweighs whatever damage the proposed injunction may cause the opposing party; and
> (4) if issued, the injunction would not be adverse to the public interest.

*Id.* (quoting *Am. Civil Liberties Union of Fla., Inc. v. Miami–Dade Cnty. Sch. Bd.*, 557 F. 3d 1177, 1193–94 (11th Cir. 2009)). Plaintiff's Complaint fails to state any plausible factual allegations that might supply a claim for relief. It fails to identify any legal authority by which this Court could provide the remedy requested (or even any legal argument for why an alleged violation of the Emoluments Clause of the United States Constitution would bar someone from running for office). Plaintiff has not identified how he would have standing to bring this lawsuit, nor how granting his requested relief – invalidating the votes of tens of millions of Americans – would be anything other than the most clear example of an injunction adverse to public interest.

What's more, the Court is not sure that this Complaint is not itself meant as some sort of joke or performative art piece. For example, in the caption, the Plaintiff lists the Vice President's address as "1738 Trap Queen Ave[.]" (*See* Caption, Doc. 1 at 1.) This is a reference to a song called "Trap Queen" by rapper/singer Fetty Wap.[1] Fetty Wap, *Trap Queen*, digital single (RGF Prod. & 300 Ent. 2014). The Court notes here that Plaintiff not only paid the filing fee to put this Complaint and request for emergency injunctive relief before the Court, but that he signed the Complaint. The Court strictly cautions Plaintiff against knowingly including false information in filings to the Court.

In any event, Plaintiff's Complaint is abject nonsense which has no chance for success. As in his other filing, were it not for the fact that Plaintiff paid the filing fee to bring this action, the Court would simply dismiss this action as frivolous. But, as he indeed paid the fee, he may proceed to attempt to serve the named defendant if he so desires. Plaintiff's Motion for Emergency Injunction is **DENIED**. [Doc. 1.]

---

[1] Fetty Wap frequently references the numbers "17" and "38" in his music as a nod to a group of close chums in New Jersey, who call themselves the "Remy Boyz 1738" in appreciation of the Rémy Martin brand's "1738" cognac. *See 20 Facts You Need to Know About 'Trap Queen' Rapper Fetty Wap*, CAPITAL XTRA, https://www.capitalxtra.com/features/lists/facts-about-fetty/what-does-1738-mean/.

**IT IS SO ORDERED** this 10th day of November, 2020.

The Clerk is DIRECTED to re-submit this matter to the Court on February 3, 2021.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**